IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS, | No. 2:16-CV-2655-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| EL DORADO COUNTY COURTS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request (Doc. 2) for relief from the court's electronic filing requirements.  Pursuant to Eastern District of California Local Rule 133(b)(2), pro se parties are not permitted to file documents electronically except with permission of the court.  Accordingly, plaintiff's request is denied as unnecessary.

IT IS SO ORDERED.

DATED: January 18, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1