UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY C.P.S., et al.,<br><br>　　　　Defendants. | No.  2:16-cv-02655-TLN-DMC<br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On January 27, 2021, the Magistrate Judge filed findings and recommendations (ECF No. 36) herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  The Magistrate Judge recommended denying Plaintiff's request for a writ a mandamus requiring an officer, agency, and court of the State of California facilitate visitation between Plaintiff and his son.  No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 27, 2021, are ADOPTED IN FULL; and

2. Plaintiff's request for emergency injunctive relief, construed as a motion for a writ of mandamus (ECF No. 26) is DENIED.

Dated:  February 15, 2021

Troy L. Nunley
United States District Judge