**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY C.P.S., et al.,<br><br>　　　　　Defendants. | No.  2:16-CV-2655-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's third amended complaint, ECF No. 39.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).  The Court finds the third amended complaint appropriate for service on all named defendants.  In this regard, the Court notes that Defendants El Dorado County, the El Dorado County Public Guardian, Joan Barbie, and El Dorado County CPS have been served with process and have appeared.  Service of process directed to Defendant Gary Slossberg was returned on February 21, 2020, unexecuted.  Those defendants who have been served shall file a response to the third amended complaint.

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that Defendants El Dorado County, the
2   El Dorado County Public Guardian, Joan Barbie, and El Dorado County CPS shall file a response
3   to Plaintiff's third amended complaint within 30 days of the date of this order.

6   Dated: August 3, 2021

   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE