IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY C.P.S., et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-02655-TLN-DMC<br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On January 20, 2022, the magistrate judge filed findings and recommendations (ECF No. 49) herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations filed January 20, 2022, (ECF No. 49), are adopted in full;

2. Defendants' Motion to Dismiss, (ECF No. 45), is DENIED;

3. Plaintiff's third amended complaint is DISMISSED with leave to amend; and

4. Within 30 days of the date of this order, Plaintiff shall file a fourth amended complaint which includes a claim for relief.

**DATED:** April 5, 2022

Troy L. Nunley
United States District Judge