IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY C.P.S., et al.,<br><br>　　　　　Defendants. | No. 2:16-CV-2655-TLN-DMC-P<br><br><br>ORDER |

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's fourth amended complaint, ECF No. 51.

　　　　　This action currently proceeds as against Defendants El Dorado County C.P.S., Joan Barbie, El Dorado County Public Guardian, Gary Slossberg, and El Dorado County. Process directed to Defendant Slossberg has been returned unexecuted.  See ECF No. 25.  All other defendants have waived service and appeared in the action.  Following various amendments to the original complaint, Defendants filed a motion to dismiss which was denied.  See ECF Nos. 49 (findings and recommendations), 50 (District Judge order).  While substantively the then-operative third amended complaint was found sufficient to proceed, the third amended complaint was defective in that it failed to contain any request for relief as required by Federal Rule of Civil Procedure 8.  Plaintiff was directed to file a fourth amended complaint which contains the required request for relief.  Plaintiff has complied.  See ECF No. 51.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file a response to Plaintiff's fourth amended complaint within 30 days of the date of this order.

Dated: January 23, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE