# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS, | No. 2:16-CV-2655-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY C.P.S., et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the parties' motions to modify the March 13, 2023, discovery and scheduling order. See ECF Nos. 56 and 61. Also pending are Plaintiff's motions to compel. See ECF Nos. 57, 58, and 59.

As explained below, the parties' motions to modify the schedule will be granted to allow additional time for the parties to meet and confer regarding the discovery which is the subject of Plaintiff's motions to compel. Given the Court's expectation that the meet-and-confer process will proceed in good faith, Plaintiff's self-described "precautionary" motions to compel will be denied without prejudice to renewal if necessary.

///

///

///

On March 13, 2023, the Court issued a schedule for this case directing that discovery be completed by September 4, 2023. See ECF No. 55. The order further specified that any motions necessary to compel discovery were to be filed by this date. See id. Dispositive motions were due to be filed within 120 days thereafter. See id.

Plaintiff's motion to modify the schedule was filed on August 31, 2023. See ECF No. 56. Plaintiff seeks an order modifying the schedule to allow additional time to meet and confer with defense counsel and file motions to compel further responses to discovery requests which Plaintiff served between July 5 and 7, 2023. See id. Defendants do not oppose Plaintiff's motion to the extent it would allow the currently pending motions to compel, ECF Nos. 57, 58, and 59, filed only a few days after the discovery completion deadline, to be deemed timely filed. See ECF No. 60. In their motion to modify the schedule, Defendants seek an order allowing additional time to meet and confer with Plaintiff and to obtain and produce documents responsive to Plaintiff's discovery requests. See id. Defendants also seek an order extending the dispositive motion filing deadline. See id.

The parties' requests to modify the schedule, which are presented in a spirit of cooperation, are well-taken and will be granted. While it remains unexplained why Plaintiff waited until July 2023 to serve the discovery requests at issue in the pending motions to compel, Plaintiff nonetheless acted diligently in presenting his motion to modify the schedule prior to expiration of the discovery completion deadline. Further, in the absence of a ruling from the Court, Plaintiff also acted diligently in filing his motions to compel. Defense counsel's non-opposition to Plaintiff's request demonstrates commendable cooperation.

Discovery will be re-opened for the limited purpose of allowing the parties additional time to meet and confer regarding the outstanding discovery requests, and to allow defense counsel to obtain and produce responsive discovery.

As to the outstanding discovery, which is the subject of Plaintiff's motions to compel, the Court notes that Plaintiff describes these motions as "precautionary." See ECF Nos. 57, 58, and 59. Such is indeed the case given that the parties agree the meet-and-confer process has not yet been completed, and based on defense counsel's representation that a diligent search

for responsive discovery is ongoing. With the Court's expectation that the meet-and-confer process will proceed in good faith, as well as the requirement under the local rules that this process be completed before a motion to compel may be entertained, Plaintiff's pending motions to compel will be denied as premature and without prejudice to renewal, if necessary, within the time permitted in this order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' motions to modify the March 13, 2023, discovery and scheduling order, ECF Nos. 56 and 61, are GRANTED.

2. Discovery in this action is RE-OPENED with respect to the discovery requests which are the subject of Plaintiff's motions to compel at ECF Nos. 57, 58, and 59.

3. The parties are directed to continue the meet-and-confer process as to the discovery described above, such process to be completed no later than 90 days from the date of this order.

4. Plaintiff's pending motions to compel, ECF Nos. 57, 58, and 59, are DENIED as premature and without prejudice to renewal, if necessary following completion of the meet-and-confer process ordered herein, no later than 120 days from the date of this order, which shall be the final discovery completion deadline for this case.

5. Dispositive motions shall be filed no later than 180 days from the date of this order, which shall be the final dispositive motion filing deadline for this case.

6. The Clerk of the Court is directed to terminate ECF Nos. 56, 57, 58, 59, and 61 as pending motions.

Dated: June 12, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE