IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS, | No. 2:16-CV-2655-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY C.P.S., et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to modify the current litigation schedule to allow additional time to conduct discovery. See ECF No. 65. Defendants have filed a statement of non-opposition to the motion. Good cause appearing therefor, Plaintiff's unopposed motion will be granted, and the Court will re-open discovery for a limited time.

The Court will provide Defendants an opportunity to inform the Court following the close of discovery whether they wish to stand on their currently pending motion for summary judgment or wish to file a revised motion. In the meantime, the Court will direct that Defendants' motion for summary judgment be terminated as a pending motion. This will be an administrative action only and will not preclude Defendants from electing to stand on the pending motion, in which case the Court will direct that the motion again be docketed as pending.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's unopposed motion to re-open discovery, ECF No. 65, is GRANTED.

2. Consistent with the Court's prior scheduling order at ECF No. 55, discovery shall be completed by October 2, 2025.

3. Dispositive motions shall be filed within 90 days after the date for completion of discovery.

4. Briefing on Defendants' pending motion for summary judgment, ECF No. 67, shall be held in abeyance until such time as discovery in this case has been completed.

5. On or before November 3, 2025, Defendants shall inform the Court whether they intend to stand on the pending motion for summary judgment or will be filing a revised motion for summary judgment by the new dispositive motion filing deadline set above.

6. Plaintiff's motions for an extension of time to file an opposition to Defendants' pending motion for summary judgment, ECF Nos. 68, 69, 70, 71, 72, and 73, are DENIED as moot.

7. The Clerk of the Court is directed to terminate ECF No. 67 as a pending motion.

Dated: July 3, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE