**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BRIAN SPEARS,

      Plaintiff,

      v.

EL DORADO COUNTY C.P.S., et al.,

      Defendants.

No.  2:16-CV-2655-TLN-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are the following motions: (1) Plaintiff's motion for a extension of time to file an opposition to Defendants' motion for summary judgment at ECF No. 67, see ECF No. 75; (2) Plaintiff's motion to compel further responses to written discovery, see ECF No. 76; (3) Defendants' renewed motion for summary judgment, see ECF No. 80; and (4) Plaintiff's motion for an extension of time to file an opposition to Defendants' renewed motion for summary judgment, see ECF No. 81.

Turning first to Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment at ECF No. 67, the motion will be denied as moot. Defendants previously moved for summary judgment on December 10, 2024.  See ECF No. 67. Briefing on that motion was suspended by the Court pending resolution of outstanding discovery issues.  See ECF No. 74.  Discovery was re-opened through October 2, 2025, and Defendants

1

were directed to file a notice by November 3, 2025, of their intention to stand on the December 10, 2024, motion or file a renewed motion by the new dispositive motion filing deadline. See id. Defendants complied and informed the Court of their intention to file a revised motion for summary judgment, which they did on December 31, 2025. See ECF Nos. 78 and 80. Given that the prior motion for summary judgment at ECF No. 67 has been superseded by the revised motion at ECF No. 80, Plaintiff's pending motion for an extension of time to respond to the prior motion for summary judgment has been rendered moot.

Turning next to Plaintiff's motion to compel, Plaintiff seeks an order directing Defendants to serve further responses to requests for production of documents. See ECF No. 76. Defendants have filed a response. See ECF No. 77. At issue are records relating to a state dependency case, El Dorado County Superior Court case no. PDP16-0042. See ECF No. 76. Defendants have no objection to producing the requested materials, but state that a court order is required from the juvenile court before such records can be released and that they are in the process of seeking such an order. See ECF No. 77. Defendants ask for additional time to obtain the state court order and produce the requested documents. See id. Defendants' request will be granted. The Court will grant Plaintiff's essentially unopposed motion to compel, stay this action, and direct Defendants to file periodic reports on the status of obtaining an order from the state juvenile court for the release of records sought by Plaintiff. Once the records can be released, Defendants shall produce the requested documents to Plaintiff.

Turning to Defendants' revised motion for summary judgment filed on December 31, 2025, and Plaintiff's motion for an extension of time to file an opposition thereto, the Court will again suspend briefing on that motion until such time as the documents discussed above are produced. Upon Defendants' notification to the Court that the documents can and have been produced to Plaintiff, the Court will lift the stay of proceedings and set a deadline for Defendants to either file notice of their intention to stand on their revised motion for summary judgment filed on December 31, 2025, or to file a further revised motion for summary judgment. Given that briefing on the December 31, 2025, motion will be suspended, Plaintiff's motion for an extension of time to file an opposition to that motion is rendered moot and will be denied as such.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's motion for an extension of time to file a response to Defendant's prior and superseded motion for summary judgment, ECF No. 75, is denied as moot.

2.      Plaintiff's motion to compel, ECF No. 76, is granted.

3.      Once available per state court order approving release of records, Defendants shall produce such records, as requested by Plaintiff.

4.      This matter is stayed until such time as Defendants are able to obtain an order from the El Dorado County Superior Court for release of records in dependency case no. PDP16-0042.

5.      Within 30 days of the date of this order and every 30 days thereafter until such time an order from the state court is issued, Defendants shall file a report on the status of obtaining such an order.

6.      Within 30 days of the date the state court issues an order for release of records in dependency case no. PDP16-0042, Defendants shall produce such records to Plaintiff pursuant to his written discovery request and file notice with the Court that the documents have been produced.

7.      Concurrent with their notification to the Court that documents have been produced, Defendants shall also file a statement as to their intention to stand on their revised motion for summary judgment filed on December 31, 2025, or to file a further revised motion for summary judgment.

8.      Pending compliance with the above, briefing on Defendants' December 31, 2025, motion for summary judgment is suspended and Plaintiff's motion for an extension of time to file an opposition thereto, ECF No. 81, is denied as moot.

Dated:  February 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3