**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN SPEARS,<br>Plaintiff,<br>v.<br>EL DORADO COUNTY C.P.S., et al.,<br>Defendants. | No. 2:16-CV-2655-TLN-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

On February 5, 2026, the Court issued an order granting Plaintiff's motion to compel state juvenile records relevant to this case and stayed the action pending Defendants applications to the state court for release of such records. See ECF No. 82. On July 6, 2026, Defendants filed a status report indicating that the state juvenile records had been released by the state court and produced to Plaintiff consistent with this Court's February 5, 2026, order. See ECF No. 88. Defendants also indicate their intention to file a revised motion for summary judgment which will supersede their pending motion for summary judgment at ECF No. 80 filed on December 31, 2025. See id. Good cause appearing therefor, the Court will lift the stay and set a deadline for filing of a revised motion for summary judgment.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The stay of proceedings issued on February 5, 2026, is lifted.

2. Defendants are granted leave to file a revised motion for summary judgment superseding their pending motion for summary judgment.

3. Defendants' motion for summary judgment filed on December 31, 2025, is stricken.

4. Defendants shall file a revised motion for summary judgment within 60 days of the date of this order.

Dated: July 9, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE